# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Christopher Wilson

                              Plaintiff,

v.                                                     Case No.: 1:09–cv–02447
                                                            Honorable William J. Hibbler

City Of Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 21, 2010:

      MINUTE entry before Honorable William J. Hibbler: Motion hearing held on 1/21/2010 regarding motion for protective order [76]. Plaintiff's Motion for entry of a protective order [76] is granted in part. The Court will execute the plaintiff 9;s proposed protective order amended by defendants' 3rd party affidavit. Plaintiff to tender a revised protective order to the Court for entry by 1/22/2010. Status hearing held and continued to 4/21/2010 at 9:30 AM. Parties given leave to serve not more than 30 interrogatories. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.