# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Christopher Wilson

                Plaintiff,

v.

City Of Chicago, et al.

                Defendant.

Case No.: 1:09−cv−02447
Honorable William J. Hibbler

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 28, 2010:

    MINUTE entry before Honorable William J. Hibbler: Motion hearing held on 1/28/2010 regarding motion to clarify, [83]. Defendants' Amended Motion for clarification of the Court's ruling on 1/21/2010 [83] is granted. Pursuant to Protective Order personal identifying information to be redacted. Defendants' motion to clarify, [81] is moot. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.