# LOEVY & LOEVY

### ATTORNEYS AT LAW

Jon Loevy
Michael Kanovitz
Russell Ainsworth
Mark Loevy-Reyes
Gayle Horn
Elizabeth Mazur
Debra Loevy-Reyes

312 N. May Street
Suite 100
Chicago, Illinois 60607

Arthur Loevy
Danielle Loevy
Samantha Liskow
Tara Thompson
Daniel Twetten
Roshna Bala Keen
Elizabeth Wang

Telephone 312.243.5900
Facsimile 312.243.5902

Website www.loevy.com
Email loevylaw@loevy.com

March 23, 2010

*By Hand Delivery*
Honorable Judge William J. Hibbler
United States District Court
219 S. Dearborn
Room No. 1262
Chicago, IL 60604

    Re: *Christopher Wilson v. City of Chicago et al.*, No. 09 CV 2447

Dear Judge Hibbler:

    Plaintiff's counsel learned that we are unable to list Plaintiff's address on the docket until such time as he files an appearance. For the convenience of the Court and counsel for the Defendants, and with the permission of the plaintiff, we are providing his contact information below:

    Christopher Wilson
    12913 S. Carpenter
    Calumet Park, IL 60827

We appreciate the Court's attention to this case.

Very Truly Yours,

Roshna Bala Keen

cc: Sarah Marmor